IRELL & MANELLA LLP
Samuel K. Lu (171969) (slu@irell.com)
Alexandrea H. Young (233950) (ayoung@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
Plantronics, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AIRLINK MOBILE, INC., an Iowa corporation, <br><br> Defendant. | Case No. C07-02452 JCS <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Plantronics, Inc. ("Plantronics") hereby dismisses with prejudice the instant action and all claims asserted in the instant action, including Plantronics' claims against Defendant Airlink Mobile, Inc. ("Airlink") for infringement of United States Patent No. Des. 480,072, infringement of the trade dress of Plantronics' MX150 headset product, and unfair competition under Cal. Bus. & Prof. Code § 17200.  Airlink has not filed an answer nor a motion for summary judgment in the above-entitled action.

Each party shall bear its own costs and expenses, including attorneys' fees.

Dated:  May 18, 2007                    IRELL & MANELLA LLP


                                        By:    /S/  Alexandrea H. Young
                                            Alexandrea H. Young
                                            Attorneys for Plaintiff
                                            PLANTRONICS, INC.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On May 18, 2007, I served the foregoing document described as **NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)** on each interested party, as follows:

> Mr. William T. McCartan, Esq.
> Bradley & Riley PC
> 2007 First Avenue SE
> PO Box 2804
> Cedar Rapids, Iowa  52406-2804

[X]    (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on May 18, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Christine McKay | /s/ Christine McKay |
|---|---|
| (Type or print name) | (Signature) |